**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**February 21, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

DENVER LEE JOHN, SR.,

     Defendant - Appellant.

_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

DENVER LEE JOHN, SR.,

     Defendant - Appellant.

No. 23-8059
(D.C. No. 2:23-CR-00084-ABJ-1)
(D. Wyo.)

No. 23-8060
(D.C. No. 1:22-CR-00077-ABJ-1)
(D. Wyo.)

_____

**ORDER AND JUDGMENT***
_____

Before **EID**, **CARSON**, and **FEDERICO**, Circuit Judges.
_____

In the criminal case underlying appeal number 23-8059, Denver Lee John

pleaded guilty to a two-count Information.  In the criminal case underlying appeal

_____

    * This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

number 23-8060, Mr. John pleaded guilty to four counts in a superseding indictment. He entered into a plea agreement that covered both criminal cases. Despite an appeal waiver in his plea agreement, he filed these appeals, which were consolidated for procedural purposes. The government moves to enforce the appeal waiver in both appeals pursuant to *United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc). In response, Mr. John states he "does not contest the government's motion." Resp. at 1. Based on Mr. John's non-opposition, we grant the government's motion to enforce the appeal waiver and dismiss these appeals.

Entered for the Court
Per Curiam